# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| LaRHONDA JONES, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:17-cv-00745-DGK |
| SDH SERVICES EAST, LLC, et al., | ) |
| Defendants. | ) |

## ORDER REMANDING CASE TO THE
## CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

Plaintiff LaRhonda Jones sued Defendants SDH Services East and Jeremy O'Neal in the Circuit Court of Jackson County, Missouri. On September 6, 2017, Defendants removed the case to federal court (Doc. 1). On September 18, Defendants filed a Notice of Withdrawal of Removal (Doc. 4) seeking remand to Jackson County Circuit Court.

Defendants have agreed to the remand in exchange for Plaintiff's agreement not to seek costs, fees, or sanctions associated with Defendant's initial removal to federal court. Plaintiff has not filed any opposition to Defendant's Notice of Withdrawal of Removal.

Accordingly, the case is remanded to the Circuit Court of Jackson County, Missouri, with each party bearing its own fees and costs.

**IT IS SO ORDERED.**

Date: October 5, 2017            /s/ Greg Kays
                                  GREG KAYS, CHIEF JUDGE
                                  UNITED STATES DISTRICT COURT